UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **GUSTAVE R. FULLER,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | No. 3:04cv0522 AS |
| ) | |
| **SOCIAL SECURITY ADMINISTRATION,** ) | |
| **Defendants** ) | |

*MEMORANDUM AND ORDER*

This court takes full judicial notice of the record in this case which was filed on or about August 12, 2004 and particularly focuses on the Report and Recommendation by United States Magistrate Judge, Christopher A. Nuechterlein filed on February 2, 2007. No objection has been filed to that Report and Recommendation, and the same is now **ADOPTED** and the case is remanded to the Social Security Administration for further proceedings.  **IT IS SO ORDERED**.

**DATED:**  March 7, 2007



                                            **S/ ALLEN SHARP**
                                        **ALLEN SHARP, JUDGE**
                                        **UNITED STATES DISTRICT COURT**

cc: The Honorable Christopher A. Nuechterlein