# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| GUSTAVE R. FULLER, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | )  No. 3:04cv0522 AS |
| | ) |
| MICHAEL J. ASTRUE, COMMISSIONER | ) |
| OF SOCIAL SECURITY, | ) |
| | ) |
| Defendants | ) |

## *MEMORANDUM AND ORDER*

This court takes full judicial notice of the record in this case and the requirements of 28 U.S.C. §2412(a)(d).  *See also Hopkins v. Cohen*, 390 U.S. 530 (1968).  *See also Cummings v. Sullivan*, 950 F.2d 492 (7th Cir. 1991) as well as *Pierce v. Underwood*, 487 U.S. 552 (1988).  It is therefore **ORDERED** that plaintiff's counsel be awarded attorney fees in the amount of $1750.00 which is 14 hours at $125.00, and the plaintiff is additionally awarded costs in the sum of $150.00.  **IT IS SO ORDERED**.

DATED:  April 24, 2007

                                                              S/ ALLEN SHARP
                                                        **ALLEN SHARP, JUDGE**
                                                        **UNITED STATES DISTRICT COURT**